IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

UNITED STATES OF AMERICA,       )
                                )
                Plaintiff,       )
                                )
v.                              )       Case No. 06-3104-01-CR-S-ODS
                                )
CLARA BECK,                      )
                                )
                Defendants       )

ORDER AND OPINION MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

        Pending before the Court is Chief Magistrate Judge James C. England's Report
and Recommendations (Doc. # 32).   Respondent has not filed any objections to the
Report and Recommendation and the time for doing so has passed.  Having reviewed
the record de novo, the Court adopts the Report and Recommendation of the United
States Magistrate Judge as the Order of the Court. Defendant's Motion to Dismiss
Indictment (Doc. #28) is denied.

IT IS SO ORDERED.

DATE: July 23, 2007                      /s/ Ortrie D. Smith
                                         ORTRIE D. SMITH, JUDGE
                                         UNITED STATES DISTRICT COURT